# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Billie Joann Harmon, on behalf
Of herself and other similarly situated,

    Plaintiff,

               v.

Fifth Third Bancorp,

    Defendant.

Case No. 1:18cv402

Judge Michael R. Barrett

## JUDGMENT IN A CIVIL CASE

[   ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:   Defendant's Motion to Dismiss (Doc. 28) is granted.

Date: May 15, 2020

    Richard W. Nagel, Clerk
                Clerk

By:     *S/Barbara A. Crum*
             Deputy Clerk